UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID PATTERSON, | : | CIVIL ACTION NO. 3:CV-12-0664 |
| Petitioner | : | (Judge Nealon) |
| v. | : | |
| RONNIE HOPE, | : | |
| Respondent | : | |

## ORDER

**AND NOW, THIS 18th DAY OF JUNE, 2012**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Western District of Tennessee (Memphis) pursuant to 28 U.S.C. § 1404.

2. Petitioner's motion for judgement (Doc. 8) is **DENIED.**

3. The Clerk of Court is directed to **CLOSE** the case.

*[signature]*

United States District Judge

FILED
SCRANTON

JUN 18 2012

PER _____
DEPUTY CLERK