UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID PATTERSON, | : CIVIL ACTION NO. 3:CV-12-0664 |
| Petitioner | : (Judge Nealon) |
| v. | : |
| RONNIE HOPE, | : |
| Respondent | : |

## ORDER

**AND NOW, THIS 18th DAY OF JUNE, 2012,** for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Western District of Tennessee (Memphis) pursuant to 28 U.S.C. § 1404.

2. Petitioner's motion for judgement (Doc. 8) is **DENIED.**

3. The Clerk of Court is directed to **CLOSE** the case.

_____
United States District Judge

FILED
SCRANTON

JUN 18 2012

PER _____
DEPUTY CLERK